Diane E. Coderniz #279458
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   TERRY O. HOBAN and PATTI I. HOBAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>TERRY O. HOBAN, individually and dba VALLEY BOWL; PATTI I. HOBAN, individually and dba VALLEY BOWL;,<br><br>        Defendants. | CASE No. 1:16-CV-000016-EPG<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING; ORDER THEREON** |

WHEREAS, the parties in the above-captioned action are exploring a full and complete settlement of this matter, and are cautiously optimistic that such a settlement can be reached without the need for responsive pleadings to be filed or the holding of a scheduling conference.

WHEREAS, the parties wish to avoid the unnecessary expenditure of attorneys' fees and use of judicial resources while they exhaust their settlement efforts.

WHEREAS, the parties have not requested any prior extensions of time in this action.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff HENDRIK BLOCK ("Plaintiff") and Defendants TERRY O. HOBAN and PATTI I. HOBAN ("Defendants"), by and through their respective counsel, that due to the ongoing settlement negotiations, the Initial Scheduling Conference currently set for April 7, 2016  be continued to a

date and time at the Court's convenience on or after June 1, 2016, subject to Court approval.

IT IS FURTHER STIPULATED by and between Plaintiff and Defendants, by and through their respective counsel, that the deadline for Defendants to file a responsive pleading, currently set for March 14, 2016, be continued to May 13, 2016, subject to Court approval, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144.

DATED:  March 9, 2016

BAKER MANOCK & JENSEN, PC

By:  /s/ Diane E. Coderniz
Diane E. Coderniz
Attorneys for TERRY O. HOBAN and
PATTI I. HOBAN

DATED:  March 9, 2016

MOORE LAW FIRM, P.C.

By:  /s/ Tanya E. Moore
Tanya E. Moore
Attorneys for HENDRIK BLOCK

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the scheduling conference currently set for April 7, 2016 in the above-captioned case is continued to June 6, 2016 at 9:00 a.m. in Courtroom 10 of the above-captioned court.  The Parties are to file a Joint Scheduling Report no later than seven days prior to the date of the scheduling conference.

IT IS FURTHER ORDERED that the deadline for Defendants to file a responsive pleading is continued until May 13, 2016.

IT IS SO ORDERED.

Dated:  **March 10, 2016**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28